# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| AUSTIN DODGE, | * | |
| | * | |
| Petitioner, | * | CIVIL ACTION NO.: 2:23-cv-50 |
| | * | |
| v. | * | |
| | * | |
| WARDEN JEFFRY FIKES, | * | |
| | * | |
| Respondent. | * | |

## ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 9. Petitioner Austin Dodge ("Dodge") did not file Objections to this Report and Recommendation.

The Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. Thus, the Court **GRANTS as unopposed** Respondent's Motion to Dismiss, **DISMISSES without prejudice** Dodge's 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus for failure to follow this Court's Order, **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal, and **DENIES** Dodge *in forma pauperis* status

AO 72A
(Rev. 8/82)

on appeal.

    **SO ORDERED**, this ___7___ day of ___August___, 2023.

                                          HON. LISA GODBEY WOOD, JUDGE
                                          UNITED STATES DISTRICT COURT
                                          SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)